IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEREMIA LIN ROTHMEYER                                                    PLAINTIFF

v.                          Case No. 4:24-cv-4011

MICKEY BUCHANON and
RICHARD ZANE BUTLER                                                     DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed March 6, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Bryant recommends that Plaintiff's claims against Defendant Mickey Buchanon be dismissed pursuant to 28 U.S.C. § 1915A(b)(2). Judge Bryant further recommends that Plaintiff's claims against Defendant Richard Zane Butler be stayed and administratively terminated until Plaintiff can show that his state criminal case has been resolved. No parties have filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*.

Plaintiff's claims against Defendant Buchanon are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against Defendant Butler are **STAYED** and **ADMIISTRATIVELY TERMINATED** until such time as Plaintiff can show the Court that his criminal case in Little River County Circuit Court has been resolved.

**IT IS SO ORDERED**, this 23rd day of May, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge